IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Civil Action:10-CV-909 A

Plaintiff,

-vs-

Bruce McNeil,

Defendants.

**JUDGMENT BY DEFAULT**

Defendant, Bruce McNeil was served with the Summons and Complaint in this action or about November 22, 2010 and the time for defendant to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55 of the Local Rules of Practice of the United States District Court of New York, it is hereby

ADJUDGED that the United States of America recover from the defendant the sum of $5,618.85, the amount claimed with interest through March 2, 2011, together with $150.00 in costs and disbursements, amounting in all to $5,768.85, plus interest on the judgment from the date of entry at the legal rate computed daily and compounded annually until paid in full, and that the plaintiff have execution therefor.

Michael J. Roemer

MICHAEL J. ROEMER,
Clerk of the Court
United States District Court

JUDGMENT ENTERED THIS 10th DAY OF March , 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, Civil Action:10-CV-909 A

Plaintiff,

-vs-

Bruce McNeil,

Defendants.

**STATEMENT OF AMOUNT DUE**

STATE OF NEW YORK )
) ss:
COUNTY OF ERIE )

Gary M. Kanellis, being duly sworn, deposes and says upon information and belief as follows:

1. I am an associate with Shapiro, DiCaro & Barak, LLC and counsel of record in this action.

2. The amount due in this action is:

| | | |
|---|---|---|
| Amount demanded in complaint | | $5,500.93 |
| Interest from 6/7/2010 to 3/2/2010 at the rate of 8.00% on the principal amount of $2,029.34 | | $ 117.92 |
| Subtotal | | $5,618.85 |
| **Costs by Statute:** | | |
| Service of Summons & Complaint | $110.00 | |
| Filing Abstract of Judgment | $ 40.00 | |
| Subtotal | | $ 150.00 |
| GRAND TOTAL | | $5,768.85 |
| Less Amount Paid | | $ 0.00 |
| **AMOUNT DUE:** | | **$5,768.85** |

3. This action was filed on or about November 12, 2010. Proof of service documents duly filed with the clerk shows that defendant was served with the Summons and Complaint in this action more than twenty days ago, that defendant is not in military service, or an infant or incompetnent.

4. Defendant did not answer or otherwise appear in the above-entitled action and time to do so has lapsed.

5. Pursuant to Federal Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of the Court entered a Certificate of the Entry of Default against the defendant, Bruce McNeil on March 1, 2011. A copy of said Entry of Default is attached hereto as Exhibit "A".

6. Upon information and belief, the amount of $5,768.85 is justly due and owing to the Plaintiff and no part of it has been paid.

7. The costs set forth in this affidavit and sought to be taxed to defendant have been incurred or will necessarily be made or incurred.

Gary M. Kanellis, Esq.
Shapiro & DiCaro, LLP
250 Mile Crossing Blvd, Suite 1
Rochester, New York 14624
(585) 770-2135

Sworn to before me on this
2nd day of March, 2011

Notary Public

**ANN M. FISCHER**
**Notary Public, State of New York**
Qualified in Monroe County
Reg. Number 01FI6096323
Commission Expires 07/28/07

EXHIBIT “A”

United States District Court
Western District of New York

United States of America, Plaintiff

Case No.: 10-CV-909 - A

V.

Bruce C. McNeil, Defendant(s)

## ENTRY OF DEFAULT

IT APPEARING THAT DEFENDANT(S)

**Bruce C. McNeil**

ARE (IS) IN DEFAULT FOR FAILURE TO APPEAR OR OTHERWISE DEFEND AS REQUIRED BY LAW. DEFAULT IS HEREBY ENTERED AS AGAINST SAID DEFENDANT(S) ON THIS 1st DAY OF March, 2011.

MICHAEL J. ROEMER,
CLERK OF COURT
UNITED STATES DISTRICT COURT

By: S/Denise Collier
Deputy Clerk